RODMAN IMPROVEMENT COMPANY, Respondent, *v.* MARIE KRABO, Appellant.

Appeal by defendant from an order of the Supreme Court, entered in the Bronx county clerk's office May 9, 1918, denying a motion to strike from the record an alleged amended complaint.

SMITH, J.: By a decision handed down herewith, an order permitting this plaintiff to serve an amended complaint has been reversed (*ante*, p. 182). Furthermore, the amended complaint served in pursuance of that order was not the complaint which was submitted with the motion papers upon application for leave to serve the same. It follows that the order denying the defendant's motion to strike the same from the record should be reversed and the motion granted, without costs. Dowling, Laughlin, Page and Merrell, JJ., concurred. Order reversed and motion granted, without costs.

---

RODMAN IMPROVEMENT COMPANY, Respondent, *v.* MARIE KRABO, Appellant.

Appeal from an order of the Supreme Court, entered in the Bronx county clerk's office May 9, 1918, compelling the defendant to receive an amended complaint herein.

SMITH, J.: A decision is handed down herewith, reversing the order granting leave to the plaintiff to serve an amended complaint, and another decision reversing the order denying the defendant's motion to strike the amended complaint from the record and granting said motion (*ante*, pp. 182, 183). It follows that this order should be reversed and the motion granted, without costs. Dowling, Laughlin, Page and Merrell, JJ., concurred. Order reversed and motion granted, without costs.